NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 26 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAYMUNDO PEREZ SANCHEZ, AKA Raymunda Sanchez, <br><br> Petitioner, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General, <br><br> Respondent. | No.   13-72788 <br><br> Agency No. A074-795-433 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2016[**]

Before    REINHARDT, W. FLETCHER, and OWENS, Circuit Judges.

Raymundo Perez Sanchez, a native and citizen of Guatemala, petitions for

review of the Board of Immigration Appeals' ("BIA") order summarily dismissing

her appeal from an immigration judge's ("IJ") decision denying her application for

withholding of removal and relief under the Convention Against Torture.   Our

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.   *See* Fed. R. App. P. 34(a)(2).

jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the BIA's decision to summarily dismiss an appeal. *Singh v. Gonzales*, 416 F.3d 1006, 1009 (9th Cir. 2005). We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in summarily dismissing Perez Sanchez's appeal. *See* 8 C.F.R. § 1003.1(d)(2)(i)(A), (E); *Reyes-Mendoza v. INS*, 774 F.2d 1364 (9th Cir. 1985) (summary dismissal appropriate where Notice of Appeal lacked sufficient specificity and no separate written brief was filed).

We lack jurisdiction to consider Perez Sanchez's contentions challenging the IJ's denial of relief because she did not raise them to the BIA. *See Barron v. Ashcroft*, 358 F.3d 674, 677-78 (9th Cir. 2004) (petitioner must exhaust issues in administrative proceedings below).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**